UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
October 28, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| **HENRY B. BERROCAL,** § § **Plaintiff,** § § v. § § **JUDGE ROBERT J. VALDESPINO,** § **BEXAR COUNTY PRECINCT 2;** § **DISTRICT JUDGE LAURA** § **SALINAS, BEXAR COUNTY** § **COURTHOUSE; JOHN DOES 1-20;** § **ALEXANDRIA REYES; ROBERT** § **ALCARAZ; and WILDER LEONARD** § **ROBISON;** § § **Defendants.** § | NO. SA-25-CV-00521-OLG |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed July 21, 2025, concerning pro se Plaintiff Henry B. Berrocal's complaint. *See* R&R, Dkt. No. 25.

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). Plaintiff timely filed objections to the R&R on July 23, 2025. *See* Dkt. No. 28.

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the

Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has reviewed the entirety of the R&R de novo and finds that it is in all things correct and should be accepted. Accordingly, the Court **ADOPTS** Judge Chestney's R&R (Dkt. No. 25) and, for the reasons set forth therein:

1. Plaintiff's Motion to Proceed IFP (Dkt. No. 16) is **GRANTED**, and the Clerk is directed to **REFUND** the filing fee previously paid by Plaintiff;
2. Plaintiff's Motion for Service by U.S. Marshals (Dkt. No. 17) is **DENIED**; and
3. Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e).

This case is **CLOSED**, and all other pending motions are **DISMISSED AS MOOT**.

It is so **ORDERED**.

**SIGNED** this 28 day of October 2025.

_____
ORLANDO L. GARCIA
United States District Judge